# Memorandum

2:23-cr-00632-HDV

| | |
|---|---|
| Subject:<br>United States v. EGHBALI ET AL. | Date:<br>December 14, 2023 |
| To:<br>**KIRY K. GRAY**<br>Clerk, United States District Court<br>Central District of California | From:<br>ANNA P. BOYLAN<br>Assistant United States Attorney<br>National Security Division |

FILED
CLERK, U.S. DISTRICT COURT
12/14/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

The above-referenced matter, being filed on or about December 14, 2023:

- Relates to a matter pending in the National Security Division of the USAO at any time between July 2015 and September 2016, the time period during which Patricia Donahue served as the Chief of that Division.

- Relates to a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California.

*Anna Boylan*
_____
ANNA P. BOYLAN
Assistant United States Attorney