# Memorandum

2:23-cr-00632-HDV



FILED
CLERK, U.S. DISTRICT COURT
12/14/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

| Subject: | Date: |
|---|---|
| United States v. EGHBALI ET AL. | December 13, 2023 |

| To: | From: |
|---|---|
| KIRY K. GRAY<br>Clerk, United States District Court<br>Central District of California | ANNA P. BOYLAN<br>Assistant United States Attorney<br>National Security Division |

The above-referenced matter, being filed on or about December 14, 2023:

- Relates to a matter that was pending in the USAO on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

- Relates to (1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

*Anna Boylan*

ANNA P. BOYLAN
Assistant United States Attorney